UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                   07-CR-854 (FB)

PHILIP ORLANDO and
ANTHONY ORLANDO, JR.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney James P. McDonald from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney James P. McDonald
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6376
    Fax: (718) 254-6076
    Email: james.mcdonald@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney James P. McDonald at the email address set forth above.

Dated: Brooklyn, New York
       June 19, 2019

                                        Respectfully submitted,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                                By:     /s/ James P. McDonald
                                        James P. McDonald
                                        Assistant U.S. Attorney

cc:    Clerk of the Court (by ECF)
       Counsel of Record (by ECF)